**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWNDRA FAISON,**

　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 8:18-cv-1532-T-35AEP

**GINNY'S INC.,**

　Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 15, 2018, the Parties filed a Notice of Settlement Pending, informing the Court that the above-captioned case was settled.  (Dkt. 16)  Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of October, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party