**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWNDRA FAISON,**

    Plaintiff,

v.                                      Case No:  8:18-cv-01532-MSS-AEP

**GINNY'S, INC.**

    Defendant.

_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff, **SHAWNDRA FAISON** ("Plaintiff") and Defendant, **GINNY'S, INC.** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this November 7, 2018.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Zachary S. Foster* |
| Kaelyn Steinkraus, Esq. | Zachary S. Foster, Esq. |
| FBN: 125132 | FBN: 111980 |
| kaelyn@zieglerlawoffice.com | zachary.foster@quarles.com |
| Michael A. Ziegler, Esq. | **Quarles & Brady, LLP** |
| FBN: 74864 | 101 E. Kennedy Blvd., Ste. 3400 |
| mike@zieglerlawoffice.com | Tampa, FL 33602 |
| **Law Office of Michael A. Ziegler, PL** | (Tel) 813-387-0300 |
| 13575 58th St. N., Suite 129 | (Fax) 813-387-1800 |
| Clearwater FL 33760 | |
| (Tel) 727-538-4188 | |
| (Fax) 727-362-4778 | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132